THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KORMENDI/GARDNER PARTNERS,  )
)
)
Plaintiff,

v.

SURPLUS ACQUISITION VENTURE, LLC and
GOVERNMENT LIQUIDATION.COM, LLC,

Defendants.

Case: 1:08-cv-00423
Assigned To : Kennedy, Henry H.
Assign. Date : 3/10/2008
Description: Contract

## DEFENDANTS' DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

We, undersigned counsel for Defendants Surplus Acquisition Venture, LLC ("SAV") and Government Liquidation.com, LLC (GL), hereby certify that the following are parent companies, subsidiaries, or affiliates of Defendants GL and SAV which have outstanding securities in the hands of the public: Liquidity Services, Inc. (NASDAQ - LQDT). More specifically, GL is a wholly owned subsidiary of SAV. SAV is a wholly owned subsidiary of Liquidity Services, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

2082927_1.DOC

|  |  |
|---|---|
| March 10, 2008 | Respectfully submitted,<br><br>ARNOLD & PORTER LLP<br><br>/s/ Craig Holman<br>Craig A. Holman (Bar No. 447852)<br>Matthew D. Michael, (Bar No. 477352)<br>Arnold & Porter LLP<br>555 Twelfth Street, N.W.<br>Washington, D.C. 20004-1202<br>Phone: (202)-942-5000<br>Fax: (202) 942-5999 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2008, I caused a true and accurate copy of the foregoing pleading to be served by first-class U.S. Mail, postage prepaid, on counsel of record listed below:

>Kenneth B. Weckstein
>Howard A. Wolf-Rodda
>Epstein, Becker & Green, P.C.
>1227 25th Street, N.W.
>Washington, D.C. 20037
>
>Attorneys for Plaintiff

/s/ Craig Holman
Craig A. Holman
Counsel for Defendants

2082927_1.DOC