THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KORMENDI/GARDNER PARTNERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SURPLUS ACQUISITION VENTURE, LLC and ) <br> GOVERNMENT LIQUIDATION.COM, LLC, ) <br> ) <br> Defendants. ) | Case No. 1:08-cv-423 |

**NOTICE OF AMENDED CERTIFICATE OF SERVICE
BY DEFENDANTS SURPLUS ACQUISITION VENTURE, LLC AND
GOVERNMENT LIQUIDATION.COM, LLC**

On Monday, March 10, 2008, Defendants Surplus Acquisition Venture, LLC and Government Liquidation.Com, LLC (together, "Defendants") filed a Notice of Removal of Civil Action by Defendants Surplus Acquisition Venture, LLC and Government Liquidation.Com, LLC (the "Notice of Removal") to remove this case from the Superior Court of the District of Columbia ("Superior Court") to this Court.  As part of the filing, Defendants provided notice to the Superior Court, which notice was attached as Exhibit F to the Notice of Removal.  While effecting the notice to the Superior Court, counsel for Defendants learned that counsel for Plaintiff had changed law firms since the filing of the Complaint, and that counsel now practices at the firm of Brown Rudnick Berlack Israels LLP ("Brown Rudnick").  As a result, counsel for Defendants contacted counsel for Plaintiff, verified their continued representation of Plaintiff in this matter, and informed them of the filing orally.  In addition, counsel for Defendants served the copy of the Notice of Removal to counsel for Plaintiff at the offices of Brown Rudnick both by mail (that same day) and electronically.

WHEREFORE, Defendants ask this Court to take notice of the amended certificate of service (attached) for the Notice of Removal, filed in this Court on March 10, 2008.

Dated: March 13, 2008                    Respectfully submitted,

                                              ARNOLD & PORTER LLP

                                              /s/ Craig Holman
                                              Craig A. Holman (Bar No. 447852)
                                              Matthew D. Michael (Bar No. 477432)
                                              Arnold & Porter LLP
                                              555 Twelfth Street, N.W.
                                              Washington, D.C. 20004-1202
                                              Phone: (202)-942-5000
                                              Fax: (202) 942-5999

# ATTACHMENT A

# (1 page)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March, 2008, I caused a true and accurate copy of the Notice of Removal of Civil Action by Defendants Surplus Acquisition Venture, LLC and Government Liquidation.Com, LLC to be served by first-class U.S. Mail, postage prepaid, and by electronic delivery on counsel of record listed below:

> Kenneth B. Weckstein
> Howard A. Wolf-Rodda
> Brown Rudnick Berlack Israels LLP
> 601 Thirteenth Street, N.W., Suite 600
> Washington, D.C. 20005
>
> Attorneys for Plaintiff

/s/ Craig Holman
Craig A. Holman
Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2008, I caused a true and accurate copy of the Notice of Amended Certificate of Service by Defendants Surplus Acquisition Venture, LLC and Government Liquidation.Com, LLC to be served by first-class U.S. Mail, postage prepaid, and by electronic delivery on counsel of record listed below:

Kenneth B. Weckstein
Howard A. Wolf-Rodda
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, N.W., Suite 600
Washington, D.C. 20005

Attorneys for Plaintiff


/s/ Craig Holman
Craig A. Holman
Counsel for Defendants