THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KORMENDI/GARDNER PARTNERS,<br>1167 K Street, N.W., Suite 1150<br>Washington, D.C. 20006<br><br>     Plaintiff,<br><br>   v.<br><br>SURPLUS ACQUISITION VENTURE, LLC<br>15051 N. Kierland Boulevard, Suite 300<br>Scottsdale, Arizona 85254<br><br>and<br><br>GOVERNMENT LIQUIDATION.COM, LLC,<br>15051 N. Kierland Boulevard, Suite 300<br>Scottsdale, Arizona 85254<br><br>     Defendants. | Case No. 1:08-cv-00423-HHK |

**NOTICE REGARDING ADDRESSES
OF CORPORATE DEFENDANTS**

Defendants Surplus Acquisition Venture, LLC and Government Liquidation.com, LLC, hereby provide the addresses of their principal places of business:

 Surplus Acquisition Venture, LLC
 15051 N. Kierland Boulevard, Suite 300
 Scottsdale, Arizona 85254

 Government Liquidation.com, LLC
 15051 N. Kierland Boulevard, Suite 300
 Scottsdale, Arizona 85254

Both Defendants also maintain an office in the District of Columbia, as indicated below:

> Surplus Acquisition Venture, LLC
> 1920 L Street N.W., 6th Floor
> Washington, D.C. 20036

> Government Liquidation.com, LLC
> 1920 L St. N.W., 6th Floor
> Washington, D.C. 20036

Dated:  March 20, 2008                                Respectfully submitted,

                                                      ARNOLD & PORTER LLP

                                                      /s/ Craig Holman
                                                      Craig A. Holman (Bar No. 447852)
                                                      Matthew D. Michael (Bar No. 477432)
                                                      Arnold & Porter LLP
                                                      555 Twelfth Street, N.W.
                                                      Washington, D.C. 20004-1202
                                                      Phone:  (202)-942-5000
                                                      Fax:  (202) 942-5999

2091623_1.DOC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2008, I caused a true and accurate copy of the foregoing pleading to be served by electronic delivery, on counsel of record listed below:

Kenneth B. Weckstein
Howard A. Wolf-Rodda
Brown Rudnick Berlack Israels LLP
601 13th Street, N.W.
Suite 600
Washington, D.C. 20005

Attorneys for Plaintiff


/s/ Craig Holman
Craig A. Holman
Counsel for Defendants

2091623_1.DOC