AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

KORMENDI/GARDNER PARTNERS, )
)
)
Plaintiff, )   APPEARANCE
)
v. ) Case No. 1:08-cv-00423-HHK
)
SURPLUS ACQUISITION VENTURE, LLC and )
GOVERNMENT LIQUIDATION.COM, LLC, )
)
Defendants. )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Matthew D. Michael__ as counsel in this
(Attorney's Name)

case for: __Surplus Acquisition Venture, LLC and Government Liquidation.com LLC__
(Name of party or parties)

__March 25, 2008__
Date

*/s/ Matthew D. Michael/*
Signature

__477432__
BAR IDENTIFICATION

Matthew D. Michael
Print Name

Arnold & Porter LLP, 555 Twelfth Street, NW
Address

Washington,   DC   20004
City         State     Zip Code

202-942-5000
Phone Number